# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Trey Lee Schulz,**

        **Plaintiff,**

v.                                      Case No. 21-3159-SAC

**Travis Nicholson, Bill Travis, Denise Doe, Chelsea Does, Jane Doe, John Doe, John Smith, Wellpath, Jane Doe 2, Eddy Doe, Jane Doe 3, Stefania Bunnel, Gabrielle Gonzales, Jan Doe,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

( )   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to state a claim upon which relief could be granted.

Entered on the docket 2/14/2022

**Dated:  February 14, 2022**        SKYLER B. O'HARA
                                                    CLERK OF THE DISTRICT COURT

                                                      s/J. Lolley
                                                      **Deputy Clerk**